## FOURTH DEPARTMENT, OCTOBER, 1912.

Sadie M. Rogers, as Administratrix, etc., of Frank B. Rogers, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

George Bordwell, Respondent, v. Buffalo, Lockport and Rochester Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Margaret E. Sullivan, Appellant, v. Norman E. Mack, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred,

Margaret E. Sullivan, Appellant, v. William J. Conners, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

A. Miles McNamara, Appellant, v. Rufus G. Starkweather, Respondent. — Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. Henry P. Burgard, Appellant, v. Thomas F. Conway, as Lieutenant-Governor of the State of New York, and Others, Respondents.— Order affirmed, with ten dollars cost, and disbursements. All concurred.

John W. Zobrest, Respondent, v. East Buffalo Brewing Companys Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, unless the plaintiff, within ten days after service of a copy of this order together with notice of entry thereof, executes and delivers to the defendant brewing company a bond with sufficient sureties to be approved by a justice of the Supreme Court in the penalty of $1,200, conditioned for the payment of such damages as may finally be established in defendant's favor by reason of the stay of proceedings; in which event the order is affirmed, without costs of this appeal to either party. All concurred.

George C. Schminke and Christopher Schminke, Respondents, v. Anna Rosenberg, Appellant.— Judgment affirmed, with costs. New trial to be had in Rochester Municipal Court on the 16th day of October, 1912, at ten o'clock in the forenoon. All concurred.

William Leavitt, Respondent, v. Rudolph Lichtenstein, Appellant.— Judgment and order affirmed, with costs. All concurred.

Alice L. Bossert, as Administratrix, etc., of Jacob H. Bossert, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

James M. Love, as Administrator, etc., of Charles B. Love, Deceased, Plaintiff, v. The Delaware, Lackawanna and Western Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs. All concurred, except Kruse, J., who dissented.

Clara B. Barrett, an Infant, by Lewie E. Barrett, Her Guardian ad Litem, Respondent, v. The Village of Seneca Falls, Appellant.— Judgment and order affirmed, with costs. All concurred.